United States Court of Appeals

**FOR THE EIGHTH CIRCUIT**

_____

No. 97-4092SI

_____

William R. Howell,                            *
                                              *
                    Appellant,                *    Appeal from the United States
                                              *    District Court for the Southern
        v.                                    *    District of Iowa.
                                              *
Kenneth S. Apfel, Commissioner of             *        [UNPUBLISHED]
Social Security,                              *
                                              *
                    Appellee.                 *

_____

Submitted: April 13, 1998
Filed: April 22, 1998

_____

Before FAGG and HANSEN, Circuit Judges, and STROM,[*] District Judge.

_____

PER CURIAM.

      William R. Howell appeals the district court's grant of summary judgment affirming the Commissioner's decision to deny Howell supplemental security income benefits. After careful review of the parties' briefs and the administrative record, we conclude substantial evidence supports the decision of the Commissioner that Howell is not disabled for Social Security purposes. We affirm for the reasons stated in the district court's opinion. See 8th Cir. R. 47B.

_____

      [*]The Honorable Lyle E. Strom, United States District Judge for the District of Nebraska, sitting by designation.

A true copy.

Attest:

        CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.